UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWARD MITCHELL GUERRERO,

       Petitioner,

v.

CARMEN D. PALMER, Warden,
Riverside Correctional Facility,

       Defendant.

_____/

Case No. 1:05-CV-285

Hon. Richard Alan Enslen

**FINAL ORDER**

In accordance with an Opinion filed this date;

**IT IS HEREBY ORDERED** that Petitioner Edward Mitchell Guerrero's Objections (Dkt. No. 33) are **DENIED** and the Report and Recommendation (Dkt. No. 32) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Petitioner's Writ of *Habeas Corpus* (Dkt. No. 1) is **DENIED WITH PREJUDICE** and a certificate of appealability is **DENIED**.

DATED in Kalamazoo, MI:
    July 24, 2006

    /s/ Richard Alan Enslen
RICHARD ALAN ENSLEN
SENIOR UNITED STATES DISTRICT JUDGE